HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER KOSNICKI,

        Petitioner,

   v.

UNITED STATES,

        Respondent.

CASE NO. C13-1002 RAJ

ORDER

This matter comes before the court on the Government's motion to stay petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Dkt. # 6.

Petitioner has appealed his criminal conviction entered on March 6, 2013 directly to the Ninth Circuit. Case No. CR 12-144 RAJ, Dkt. # 44. However, the Ninth Circuit has advised that a "district court *should not* entertain a habeas corpus petition while there is an actual appeal pending in [the Court of Appeals] or in the Supreme Court." *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987). The Ninth Circuit has not resolved whether this rule is a jurisdictional bar or simply a prudential concern. *U.S. v. LaFramboise*, 427 F.3d 680, 686 n.9 (9th Cir. 2005). Regardless, the rule is clear.

ORDER - 1

Accordingly, the court GRANTS the Government's motion to stay. The clerk is DIRECTED to STAY this action. The Government is ORDERED to provide notice to this court when petitioner's appeal in his criminal case has been resolved.

Dated this 19th day of September, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2